**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **C&G FARMS, INC.**, a California corporation,<br><br>                    **Plaintiff**,<br><br>          v.<br><br>**TULARE FROZEN FOODS, LLC, et al.**,<br><br>                    **Defendants**. | 1:11-CV-271  AWI MJS<br><br>**ORDER CLOSING CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. No. 18) |

On March 2, 2011, the Plaintiff filed a notice of dismissal with prejudice. See Court's Docket Doc. No. 18. The motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1).

In *Wilson v. City of San Jose*, the Ninth Circuit explained:

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been

served.  Because Plaintiff has exercised its right to voluntarily dismiss this complaint under Rule 41(a)(1) with prejudice, this case has terminated.  See <u>Wilson</u>, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that all currently set deadlines and hearing dates are VACATED and the Clerk is to CLOSE this case in light of the Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal with Prejudice.

IT IS SO ORDERED.

Dated:     March 3, 2011                                              _____
                                                                                              CHIEF UNITED STATES DISTRICT JUDGE